IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| v. | : |
| | : NO. 15-5729 |
| DONALD C. HICKEY | : |
| CATHERINE E. HICKEY a/k/a | : |
| CATHERINE E. HARPER | : |

## ORDER

AND NOW, this 30th day of September 2016, upon consideration of Plaintiff's Motion for confirmation of public sale (ECF Doc. No. 16) under our February 12, 2016 Order (ECF Doc. No. 12) after Defendants' default, Plaintiff having confirmed compliance with our Order providing notice given to all lienholders of record, finding no objection to the sale made within the thirty (30) day period under our Order and further good cause, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 16) is **GRANTED**:

1. The July 21, 2016 public sale is **confirmed**;

2. The United States Marshal shall execute and deliver to BP Real Estate Investment Group LP, their successors and assigns, good and sufficient deed conveying all the right, title and interest of DONALD C. HICKEY and CATHERINE E. HICKEY a/k/a CATHERINE E. HARPER in and to the premises sold at public sale and located at 629 Media Road, Oxford, PA 19363; and,

3. We retain jurisdiction to enforce this Order.

KEARNEY, J.