1IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-5729 |
| DONALD C. HICKEY | : |
| CATHERINE E. HICKEY a/k/a | : |
| CATHERINE E. HARPER | : |

## ORDER

**AND NOW**, this 7th day of May 2018, upon considering Plaintiff's Application (ECF Doc. No. 18) for distribution of proceeds under our September 30, 2016 Order (ECF Doc. No. 17), consistent with 28 U.S.C. § 2001, and having found the United States Marshal sold the property subject of our September 30, 2016 Order (ECF Doc. No. 17) under our Judgment resulting in $76,500 in cash proceeds, it is **ORDERED** the Application (ECF Doc. No. 18) is **GRANTED** and the $76,500 in cash proceeds from the sale of the Property shall be distributed to the United States Department of Justice re: CDCS#2015A77740.

KEARNEY, J.